ACCEPTED
01-17-00540-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/25/2018 1:35 PM
CHRISTOPHER PRINE
CLERK

**NOS. 01-17-00540-CR**
**01-17-00541-CR**

IN THE

COURT OF APPEALS

FIRST DISTRICT OF TEXAS

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/25/2018 1:35:23 PM

CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| SEMERE BERHE | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 299TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NOS. D-1-DC-15-302752 & D-1-DC-15-302753

**STATE'S THIRD MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following his convictions for Aggravated Kidnapping and Robbery, the appellant filed his notices of appeal in the above causes on May 26, 2017. Appellant's counsel filed a brief in each cause on February 23, 2018.

1

(b)   The State's brief is currently due on **May 25, 2018**.

(c)   This request is that the deadline for filing the State's brief be extended by **14 days**.

(d)   The number of previous extensions of time granted for submission of the **State's** brief is: **two**.

(e)   The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since this brief was filed, the attorney assigned to this case has completed and filed a response in four other pending appellate matters, (i.e. *Tajay Stephens v. State of Texas,* No. 03-17-00117-CR*; C.W. v. Texas Department of Family and Protective Services,* No. 03-17-00890-CV; *James Russell Faglie v. State of Texas,* No. 03-17-00281-CR; and *Ex parte Colton Pitonyak*, No. D-1-DC-05-301918-D). The undersigned attorney also participated in a capital murder trial *The State of Texas v. Shawn Gant-Benalcazar*, in the 331st District Court of Travis County, Nos. D-1-DC-15-300095 and D-1-DC-15-900080, including a *Daubert* hearing and preparing findings of fact and conclusions of law. The undersigned attorney has also been assigned to prepare a response in another pending appellate case, (i.e. *Gregory James Dalton v. State of Texas*, No. 03-17-00520-CR).

2. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **June 8, 2018.**

Respectfully submitted,

MARGARET MOORE
District Attorney
Travis County, Texas

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney
State Bar No. 06022700
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4206
Lisa.Stewart@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 326 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count.  I certify, further, that this motion is printed in a conventional, 14-point typeface.

/s/ Lisa Stewart
Lisa Stewart
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 25th day of May, 2018, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Gary E. Prust, Attorney at Law, P.O. Box 6216, Austin, Texas 78762, gary@prustlaw.com.

/s/ Lisa Stewart
Lisa Stewart
Assistant District Attorney